## No. 5513.

SUCCESSION OF CORDEVILLE VS. F. LACROIX AND NEW ORLEANS.

It is the duty of the appellant to bring up a complete transcript containing all the evidence, or by bill of exception or assignment of error to have exhibited his cause of complaint. Having done neither, the judgment is affirmed.

APPEAL from the Second District Court of New Orleans.   TISSOT, J.

*Louque* for the Succession Appellee.

MARR, J., delivered the opinion.